1  Bevin Allen Pike (SBN 221936)
   Bevin.Pike@capstonelawyers.com
2  Orlando Villalba (SBN 232165)
   Orlando.Villalba@capstonelawyers.com
3  Capstone Law APC
   1875 Century Park East, Suite 1000
4  Los Angeles, California 90067
   Telephone:  (310) 556-4811
5  Facsimile:   (310) 943-0396

6  Attorneys for Plaintiff Fatima Goodarzi

7  Jeffrey S. Ranen (SBN 224285)
   Jeffrey.Ranen@lewisbrisbois.com
   Kelley M. Fox (SBN 309272)
8  Kelley.Fox@lewisbrisbois.com
   Lewis Brisbois Bisgaard & Smith LLP
9  633 West 5th Street, Suite 4000
   Los Angeles, CA 90071
10 Telephone:  (213) 250-1800
   Facsimile:   (213) 250-7900

11 Derek S. Sachs, SB# 253990
   Derek.Sachs@lewisbrisbois.com
12 2020 West El Camino Avenue, Suite 700
   Sacramento, CA 95833
13 Telephone:  916.564.5400
   Facsimile:   916.564.5444
14

15 Attorneys for Defendants Belmont Village, L.P.,
   Belmont Village Aliso Viejo CA LP. Belmont
   Village Berkeley, LLC, and Belmont Village
16 Thousand Oaks CA LP

17              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19  FATIMA GOODARZI, individually, and on behalf of other members of the general public similarly situated,<br>20<br>21             Plaintiff,<br>     vs.<br>22  BELMONT VILLAGE, L.P., a Delaware limited partnership;<br>23  BELMONT VILLAGE ALISO VIEJO CA LP, a Delaware limited<br>24  partnership; BELMONT VILLAGE BERKELEY, LLC, a Delaware<br>25  limited liability company; BELMONT VILLAGE THOUSAND<br>26  OAKS CA LP, a Delaware limited partnership; and DOES 1 through 10,<br>27  inclusive,<br>28             Defendants. | Case No.:  2:20-cv-04827-GW-AS<br><br>**JOINT STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Hon. George Wu<br>Courtroom 9D |

CASE NO. 2:20-cv-04827-GW-AS)

JOINT STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

This Joint Stipulation is entered into by and between Plaintiff Fatima Goodarzi ("Plaintiff"), by and through her respective counsel of record, and Defendant Belmont Village, L.P. ("Defendant") (collectively with Plaintiff, the "Parties"), by and through their respective counsel of record:

**WHEREAS**, Plaintiff filed this putative class action complaint against Defendant on April 22, 2020;

**WHEREAS**, Defendant removed this action to this Court on May 29, 2020;

**WHEREAS**, Defendant filed an answer to the Complaint on May 29, 2020;

**WHEREAS**, Plaintiff seeks to file her First Amended Complaint.

**WHEREAS** a copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A.

**NOW THEREFORE**, the Parties stipulate that Plaintiff should be granted leave to amend to file her First Amended Complaint and that Defendant's responsive pleading should be due thirty (30) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED.**

Dated: July 17, 2020         Capstone Law APC

By: */s/ Bevin Allen Pike*
Bevin Allen Pike
Orlando Villalba
Attorneys for Plaintiff Fatima Goodarzi

Dated: July 17, 2020         Lewis Brisbois Bisgaard & Smith LLP

By: */s/ Derek Sachs*
Jeffrey S. Ranen
Derek S. Sachs
Kelley M. Fox
Attorneys for Defendant BELMONT VILLAGE, L.P.

| | |
|---|---|
| 1 | **Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)** |
| 2 | I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have |
| 3 | obtained the authorization from the above signatories to file the above-referenced |
| 4 | document, and that the above signatories concur in the filing's content. |
| 5 | I certify under penalty of perjury under the laws of the United States of |
| 6 | America that the foregoing is true and correct. Executed on July 17, 2020. |
| 7 | |
| 8 | By: */s/ Bevin Allen Pike* |
| 9 | Bevin Allen Pike |